

14-913-CV

CAUSE NO. 2008-CI-00027

FIDELITY NATIONAL TITLE INSURANCE    §    IN THE **COURT OF APPEALS**
COMPANY , SUCCESSOR BY MERGER
LAWYERS TITLE INSURANCE CORPORATION
    *Plaintiff*

vs.

                         §

DAVID MEDRANO and CELINE        §
HINOJOSA,                        §
    *Defendants*               §

                         **FOURTH COURT OF**
                         **APPEALS DISTRICT**

vs.                           §
BARCLAYS CAPITAL REAL ESTATE INC.,  §
d/b/a HOMEQ, as Servicing Agent for   §
DUETSCHE BNK NATIONAL TRUST    §
COMPANY AS TRUSTEE          §    BEXAR COUNTY, TEXAS
    *Third Party Defendants*      §

**Docketing Statement**

My name is David Medrano. I am the appellant
Address: 3500 Orkney Ave   San Antonio, Texas 78223
Phone 210-364-4646
No Fax number
Email: dmedrano1@aol.com

My notice of appeal was filed with the trial court on Dec 23, 2014

The trial was in held in the District Court 37th JUDICIAL DISTRICT Bexar County, Texas. The Judge was the Honorable Judge Richard Price 285th. The Judgment was signed on September 25, 2014

I filed a Findings of Fact and Conclusion of Law on October, 14, 2014. Furthermore, I filed a motion for a new trial on November 13, 2014 and the motion was denied on November 25, 2014.

This appeal will be taken and reviewed in the
**Fourth Court of Appeals**
**Cadena-Reeves Justice Center**
**300 Dolorosa, Ste. #3200**
**San Antonio, Texas 78205-3037**

FILED
2015 JAN 23 PM 4:39
KEITH E. HOTTLE, CLERK
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

**The parties to the trial court's judgment are and contact information:**

FIDELITY NATIONAL TITLE INSURANCE COMPANY , SUCCESSOR BY MERGER  LAWYERS TITL INSURANCE CORPORATION

*Plaintiff*

vs.

DAVID MEDRANO and CELINE HINOJOSA,

*Defendants*

vs.

BARCLAYS CAPITAL REAL ESTATE INC., d/b/a HOMEQ, as Servicing Agent for DUETSCHE BNK NATIONAL TRUST COMPANY AS TRUSTEE

*Third Party Defendants*

*Via US Mail, fax and/or E-mail*
FIDELITY NATIONAL TITLE INSURANCE COMPANY , SUCCESSOR BY MERGER LAWYERS TITLE INSURANCE CORPORATION
Fred R. Jones
Aaron M. Barton
Goode Casseb Jones Riklin
Choate & Watson, PC
2122 N. Main Avenue
San Antonio, Texas 78212
Telephone: (210) 733-6030
Facsimile: (210) 733-0330
Email: barton@goodelaw.com

*Via US Mail, fax and/or E-mail*
*Celine Hinjosa*
Thomas E. Quirk
Aaron & Quirk
8700 Crownhill Blvd., Suite 600
San Antonio, Texas 78209
Telephone (210) 820-0211
Facsimile: (210) 820-0214
Email: teq@aaron-quirk.com

*Via US Mail, fax and/or E-mail*
DUETSCHE BNK NATIONAL TRUST COMPANY
AS TRUSTEE
Jeff Hiller
Cacheaux, Cavazos & Newton, L.L.P.
Convent Plaza
333 Convent Street
San Antonio, Texas 78205
Tel: (210) 222-1642
Fax: (210) 222-2453
jhiller@ccn-law.com

**The General Nature of this dispute of this case:**
A breach of an earnest money contract in a real estate transaction.

I will be requesting a reporter's record and the trial was recorded via written transcript and exhibits.

There were three court Reporters they are:
Mary Oralia Berry
Brooke Wagner
Maria Fallahi

I will be looking for the trial court to reduce the amount of the supersedeas bond amount and court fees in order for justice to be served.

I filed an affidavit of indigence on December 23, 2014. It was contested on Dec 30, 2014. A hearing is set for Jan 26, 2015 to make a ruling by the trial court.

I will file a supersedeas bond subject to a hearing on reducing the amount of this bond.

I, David Medrano, am filing this Docketing statement

David Medrano
Pro Se
210-364-4646 CELL
3500 Orkney Ave
San Antonio, Texas 78223

email: dmedrano1@aol.com

VERIFICATION

STATE OF TEXAS        §
                                 §

COUNTY OF BEXAR      §

        BEFORE ME, the undersigned authority, on this day personally appeared David Medrano, who being by me duly sworn, upon oath stated that he has read the foregoing NOTICE OF APPEAL

, and that the facts stated therein are within his personal knowledge and are true and correct.

_____
David Medrano

        SUBSCRIBED and SWORN to before me on this the 23 day of JAN 2015, 2014, by the person known by me as David Medrano.

_____
Notary Public, State of Texas

C. CARREON
Notary Public, State of Texas
My Commission Expires
December 09, 2015

C. CARREON
Notary Public, State of Texas
My Commission Expires
December 09, 2015

## Certificate of Service

I certify that on the 23th day of Jan. 23, 2015 a true copy of the above and foregoing *Defendant David Medrano's* Docketing Statement was served upon:

*Via US Mail, fax and/or E-mail*
Fred R. Jones
Aaron M. Barton
Goode Casseb Jones Riklin
Choate & Watson, PC
2122 N. Main Avenue
San Antonio, Texas 78212
Telephone: (210) 733-6030
Facsimile: (210) 733-0330
Email: barton@goodelaw.com

*Via US Mail, fax and/or E-mail*
Thomas E. Quirk
Aaron & Quirk
8700 Crownhill Blvd., Suite 600
San Antonio, Texas 78209
Telephone (210) 820-0211
Facsimile: (210) 820-0214
Email: teq@aaron-quirk.com

*Via US Mail, fax and/or E-mail*
Jeff Hiller
Cacheaux, Cavazos & Newton, L.L.P.
Convent Plaza
333 Convent Street
San Antonio, Texas 78205
Tel: (210) 222-1642
Fax: (210) 222-2453
jhiller@ccn-law.com

_____
David Medrano